COMMONWEALTH of Pennsylvania, Respondent

v.

David CLAPPER, Petitioner

No. 22 WAL 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

Syeta BREWINGTON, as Parent and Natural Guardian for Jarrett Brewington, a Minor, and Syeta Brewington in her own right

v.

CITY OF PHILADELPHIA, Walter G. Smith Elementary School and the School District of Philadelphia

Petition of: the School District of Philadelphia

No. 542 EAL 2016

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

AND NOW, this 11th day of July, the Petition for Allowance of Appeal is

**GRANTED.** The issues, as stated by petitioner, are:

a. Whether the Commonwealth Court's conclusion that the alleged negligence in this case concerned real property impermissibly broadens the real property exception and requires school districts to take unreasonable steps (and steps the court does not specify) to protect themselves from liability?

b. Whether [Respondents'] claim of a defect in the real property is properly construed as a claim of negligent supervision when the actual negligence involved, if any, pertained to the supervision of students and was not related to real property?

COM. EX REL. Gregory STOVER, Petitioner

v.

President Judge Sheila WOODS–SKIPPER, Court of Common Pleas, Philadelphia County, Respondent

No. 64 EM 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.